UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| BRANDON NANCE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:08-0043 |
| | ) Judge Echols |
| WAYNE COUNTY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendants' Motion for Summary Judgment (Docket Entry No. 65) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiff's claims against Defendants Wayne County Sheriff's Department, Mayor Jason Rich, and Sheriff Ric Wilson and the claims against those Defendants are hereby DISMISSED WITH PREJUDICE. In all other respects, Defendants' Motion for Summary Judgment is hereby DENIED.

The Final Pretrial Conference will be held on October 15, 2009, at 1:00 p.m.,[1] and the jury trial will commence at 9:00 a.m. on November 3, 2009.

It is SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

---

[1] The Final Pretrial Conference was previously scheduled for October 5, 2009 at 1:30 p.m.